UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60363–CIV-ALTONAGA/Brown

**JOEL D. LUCOFF**,

    Plaintiff,

vs.

**FIRST FINANCIAL ASSET MANAGEMENT, INC.**;
and **FFPM CARMEL HOLDINGS, I, LLC**,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on the parties' Joint Stipulation for Dismissal with Prejudice [D.E. 28], filed on November 13, 2009. The Court being fully advised, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own fees and costs except as otherwise agreed by the parties.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of November, 2009.

                                                    **CECILIA M. ALTONAGA**
                                                    **UNITED STATES DISTRICT JUDGE**

cc: counsel of record